**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**UNDER SEAL, Defendant—Appellant.**

**No. 09–7889.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: March 5, 2010.

Under Seal, Appellant Pro Se. Kenneth Michel Smith, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Under Seal appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Under Seal,* No. 3:01–cr–00019–GCM–1 (W.D.N.C. Apr. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*